1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11    ALBERT J. HAMILTON,                    )    Case No.: 1:15-cv-00661-SAB (PC)
                                             )
12                      Plaintiff,           )
                                             )    ORDER STRIKING PLAINTIFF'S MOTION
13          v.                               )    FOR DISCOVERY
                                             )
14    WASCO STATE PRISON, et al.,            )    [ECF No.  3]
                                             )
15                      Defendants.          )
                                             )
16    _____)

17          Plaintiff Albert J. Hamilton is appearing pro se and in forma pauperis in this civil rights action

18    pursuant to 42 U.S.C. § 1983.

19          Plaintiff filed the instant action on April 30, 2015.  On this same date, Plaintiff filed a motion

20    for discovery.  (ECF No. 3.)

21          As an initial matter, Plaintiff is advised that the Court is required to screen all complaints

22    brought by prisoners seeking relief against a governmental entity or officer or employee of a

23    governmental entity,  28 U.S.C. § 1915A, and Plaintiff's complaint will be screened in due course.

24          In addition, as explained in the Court's First Informational Order, filed May 1, 2015, discovery

25    may not be initiated until the Court issues a discovery order or otherwise orders that discovery begin.

26    (ECF No. 4.)  Furthermore, parties are not to file copies of their discovery requests with the Court, and

27    ///

28    ///

                                                      1

discovery documents inappropriately submitted to the Court may be stricken.  (Id.)  For these reasons, Plaintiff's motion for discovery, filed April 30, 2015, is STRICKEN from the record.


IT IS SO ORDERED.

Dated:   **May 4, 2015**                                                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE

2