# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON, | Case No.: 1:15-cv-00661-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR COURT SUBPOENAS |
| WASCO STATE PRISON, et al., | [ECF No. 7] |
| Defendants. | |

Plaintiff Albert J. Hamilton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 22, 2015, Plaintiff filed a request for the Clerk of Court to forward three court subpoenas.

Plaintiff is advised that the Court has a duty to screen Plaintiff's complaint prior to ordering service of the complaint. 28 U.S.C. § 1915A. Plaintiff is directed to review section III of the First Informational Order, which sets forth an explanation regarding screening and service of process. (ECF No. 4.)

Accordingly, Plaintiff's motion for subpoenas is DENIED.

IT IS SO ORDERED.

Dated: **May 26, 2015**

UNITED STATES MAGISTRATE JUDGE

1