UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00661-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR STAY OF PROCEEDINGS<br><br>[ECF No. 9] |

　　　　Plaintiff Albert J. Hamilton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on April 30, 2015.

　　　　On May 28, 2015, Plaintiff filed a motion requesting a stay of the proceedings. (ECF No. 9.) Plaintiff is advised that a stay of the proceedings is unnecessary in this action, at this juncture. As stated in the Court's First Informational Order issued May 1, 2015, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or office or employee of a governmental entity. 28 U.S.C. § 1915A(a). (ECF No. 4, Order at 3:15-16.)  This Court screens pro se plaintiff's complaint as expeditiously as possible.  However, the Court has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable.  As long as a party keeps the Court informed of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is taken in the case.  The Court will not respond in writing to individual inquiries regarding the status of a case. (Id. at 3:25-28-4:1-2.)

Accordingly, Plaintiff's motion for a stay of the proceedings is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: **May 29, 2015**

UNITED STATES MAGISTRATE JUDGE