UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON,<br><br>   Plaintiff,<br><br>   v.<br><br>WASCO STATE PRISON, et al.,<br><br>   Defendants. | Case No.: 1:15-cv-00661-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO CONTACT NOTARY REGARDING TRUST ACCOUNT STATEMENT<br><br>[ECF No. 16] |

Plaintiff Albert J. Hamilton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

 On July 20, 2015, Plaintiff filed a motion requesting the Court to contact the notary at California Men's Colony regarding submission of his trust account statement in support of his motion for in forma pauperis.

On May 4, 2015, the Court granted Plaintiff's application to proceed in forma pauperis and directed payment of the filing fee by the California Department of Corrections and Rehabilitation. (ECF No. 5.)  In that order, Plaintiff was instructed to submit (within sixty days) a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if not already done so.  (ECF No. 5, Order ¶ 5.)  Plaintiff is advised that he is only required to have the trust account officer complete the certification or submit a trust account statement, and a

notary service is not required.  Therefore, Plaintiff's request for the Court to contact the notary at California Men's Colony is DENIED.

IT IS SO ORDERED.

Dated: __**July 21, 2015**__

UNITED STATES MAGISTRATE JUDGE