# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON, | Case No.: 1:15-cv-00661-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR BENCH TRIAL |
| CLENDEHEN, | [ECF No. 69] |
| Defendant. | |

Plaintiff Albert J. Hamilton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 10, 2017, Plaintiff filed an objection to Defendant's demand for jury trial, and requests a bench trial in lieu of a jury trial. (ECF No. 69.)

Pursuant to Federal Rule of Civil Procedure 38(d), "[a] party waives a jury trial unless its demand is properly served and filed. A proper demand may be withdrawn only if the parties consent." Fed. R. Civ. P. 38(d).

Defendant demanded a trial by jury in his answer filed on January 17, 2017. (ECF No. 67, Answer at 3:4-5.) Thus, in order to dispense with a trial by jury, Plaintiff must obtain consent from Defendant. Accordingly, Plaintiff's motion for a bench trial is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: __February 13, 2017__

UNITED STATES MAGISTRATE JUDGE

1