UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON,<br><br>            Plaintiff,<br><br>      v.<br><br>CLENDEHEN,<br><br>            Defendant. | Case No.: 1:15-cv-00661-AWI-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO COURT'S ORDER DENYING REQUEST FOR BENCH TRIAL<br><br>[ECF No. 73] |

      Plaintiff Albert J. Hamilton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's objection to the Court's February 3, 2017, order denying, without prejudice, his request for a bench trial, filed March 6, 2017.

      On February 13, 2017, the Court denied, without prejudice, Plaintiff's motion for a bench trial noting that Defendant demanded a trial by jury in his answer and in order to dispense with a trial by jury, Plaintiff must obtain the consent from Defendant. By way of his current motion, Plaintiff seeks consent from Defendant to a bench trial. Plaintiff is advised that if and when Defendant consents to a bench jury a stipulation signed by both parties may be submitted to the Court, and Plaintiff should not

///

///

///

1

seek consent from Defendant by way of motion filed with the Court.  Accordingly, Plaintiff's objection to the Court's February 13, 2017, order is overruled.

IT IS SO ORDERED.

Dated: **March 7, 2017**

UNITED STATES MAGISTRATE JUDGE